BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL L. WHITE ) | Case No.  CIV-08-2013 KJM |
| ) | |
| ) | STIPULATION AND ORDER |
| Plaintiff, ) | EXTENDING PLAINTIFF'S TIME TO |
| ) | FILE MEMORANDUM IN SUPPORT |
| v. ) | OF SUMMARY JUDGMENT |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security ) | |
| of the United States of America, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 20, 2009, to March 20, 2009.  This extension is Plaintiff's first request for an extension and is  required due to Plaintiff's counsel's extremely heavy briefing through mid March 2009.

/ / / /

/ / / /

/ / / /

1

Dated: January 16, 2009        */s/Bess M. Brewer*
                               BESS M. BREWER
                               Attorney at Law

                               Attorney for Plaintiff

Dated: January 20, 2009        McGregor W. Scott

                               United States Attorney

                               /s/   THEOPHOUS J. REAGANS
                               THEOPHOUS J. REAGANS

                               Special Assistant U.S. Attorney
                               Social Security Administration

                               Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 23, 2009.

_____
U.S. MAGISTRATE JUDGE

2