```
1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL L. WHITE** | Case No. CIV-08-2013 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 20, 2009 to April 10, 2009. This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: March 17, 2009 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |

| | |
|---|---|
| Dated: March 17, 2009 | Lawrence G. Brown |
| | Acting United States Attorney |
| | /S/  *Jacqueline Forslund for Theophous J. Reagans* |
| | THEOPHOUS J. REAGANS |
| | Special Assistant U.S. Attorney |
| | Social Security Administration |
| | |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  March 18, 2009.

_____
U.S. MAGISTRATE JUDGE