| | |
|---|---|
| 1 | BESS M. BREWER, #100364<br>LAW OFFICE OF |
| 2 | BESS M. BREWER & ASSOCIATES<br>P.O. Box 5088 |
| 3 | Sacramento, CA 95817<br>Telephone: (916) 454-3111 |
| 4 | Facsimile: (916) 454-3131 |
| 5 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL L. WHITE | ) | Case No. CIV-08-2013 KJM |
| | ) | |
| | ) | |
| | ) | **STIPULATION AND ORDER** |
| Plaintiff, | ) | **EXTENDING PLAINTIFF'S TIME TO** |
| | ) | **FILE MEMORANDUM IN SUPPORT** |
| v. | ) | **OF SUMMARY JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |
| of the United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 10, 2009, to April 14, 2009. This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule and holiday travel.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: April 10, 2009 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: April 13, 2009          Lawrence G. Brown

　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　/S/   *Theophous J. Reagans*
　　　　　　　　　　　　　　　THEOPHOUS J. REAGANS

　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: April 14, 2009.
　*nunc pro tunc to April 10, 2009*




_____
U.S. MAGISTRATE JUDGE